UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GREGORY DEWAYNE BARRION,  )
                          )
        Plaintiff,        )
                          )
v.                        )   CV620-041
                          )
SGT. DUGGER, *et al.*,    )
                          )
        Defendants.       )

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 17, to which no objections have been filed. Accordingly, the R&R is ADOPTED and the Complaint is DISMISSED. The Clerk of Court is DIRECTED to close this case.

ORDER ENTERED at Augusta, Georgia, this 16th day of May, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA